**VAN–099** Order Continuing Confirmation Hearing – Rev. 03/12/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Jennifer Lynn Hardee  
*( debtor has no known aliases )*  
1109 Anchors Bend Way  
Wilmington, NC 28411

CASE NO.: 19–01042–5–SWH

DATE FILED: March 7, 2019

CHAPTER: 13

## ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:     Tuesday, July 16, 2019  
TIME:     10:30 AM  
PLACE:    Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

Objections to the amended plan are due 7 days prior to the continued hearing date indicated above.

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: June 12, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge